HARRIS ET AL., APPELLANTS, *v.* KENNEDY ET AL., APPELLEES.

[Cite as *Harris v. Kennedy* (1997), 80 Ohio St.3d 1211.]

(No. 96–1467—Submitted October 21, 1997—Decided December 3, 1997.)

*Levey & Gruhin* and *Harold L. Levey,* for appellants.

*Sharon Sobol Jordan,* Cleveland Director of Law, and *Charles E. Hannan, Jr.,* Assistant Director of Law, for appellees.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.